IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOHN ROBERT MOORE** *and*  **PLAINTIFFS**
**LORI HERRMANN MOORE**

v.   CIVIL ACTION NO. 1:21-cv-383-TBM-RHWR

**JINDAL TUBULAR USA, LLC**
*and* **EXPRESS SERVICES, INC.**,
*doing business as* **EXPRESS
EMPLOYMENT PROFESSIONALS**   **DEFENDANTS**

### ORDER

This matter came before the Court on Jindal Tubular, USA, LLC's Motion to Dismiss [9] and Express Services, Inc.'s Motion to Dismiss [11]. At the hearing conducted in this matter on June 15, 2022, the Court, having considered the pleadings, the record, the oral arguments of counsel, and the relevant legal authority, announced on the record its detailed findings and conclusions concerning each motion ruled upon.

IT IS THEREFORE, ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on June 15, 2022, Jindal Tubular, USA, LLC's Motion to Dismiss [9] is GRANTED and the Plaintiffs' claims against Jindal Tubular, USA, LLC are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Express Services, Inc.'s Motion to Dismiss [11] is GRANTED and the Plaintiffs' claims against Express Services, Inc. are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that this CASE is CLOSED.

THIS, the 16th day of June, 2022.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE