IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOHN ROBERT MOORE** *and*                                                              **PLAINTIFFS**
**LORI HERRMANN MOORE**

**v.**                                                                              **CIVIL ACTION NO. 1:21-cv-383-TBM-RHWR**

**JINDAL TUBULAR USA, LLC**
*and* **EXPRESS SERVICES, INC.**,
*doing business as* **EXPRESS**
**EMPLOYMENT PROFESSIONALS**                                                      **DEFENDANTS**

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

In accordance with the Court's Order entered this same day granting Jindal Tubular, USA, LLC's Motion to Dismiss [9] and Express Services, Inc.'s Motion to Dismiss [11],

IT IS ORDERED AND ADJUDGED that Plaintiff's claims are DISMISSED WITH PREJUDICE.  This CASE is CLOSED.

THIS, the 16th day of June, 2022.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE